PEOPLE ex rel. CONEY ISLAND JOCKEY CLUB v. PURDY et al. (Supreme Court, Appellate Division, Second Department. February 27, 1914.) Proceeding by the People of the State of New York, on the relation of the Coney Island Jockey Club, against Lawson

Purdy and others, as Commissioners of Taxes and Assessments.

PER CURIAM. Order affirmed, with $10 costs and disbursements. We think that the findings of the Special Term as to the excessiveness of the assessment were justified by the evidence, irrespective of the question of the amount of the assessments of previous years. See, also, 152 App. Div. 932, 137 N. Y. Supp. 1136.